UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jenny Fritts,<br><br>       Plaintiff,<br><br>   -against-<br><br>Loudon Opco LLC dba River Grove Health and Rehabilitation,<br><br>       Defendant. | 24-cv-6951 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Plaintiff's Complaint alleges that "a substantial part of the events giving rise to all claims occurred in this District, and in this Division." ECF No. 1. ¶ 21. However, there is little additional information in the Complaint about what specifically occurred in New York, and particularly what occurred in New York City as opposed to the Northern Counties (Rockland, Dutchess, Orange, Putnam, Sullivan, and Westchester).

  Rule 18 of the Southern District of New York's Rules for the Division of Business Among District Judges, available at https://nysd.uscourts.gov/sites/default/files/local_rules/2023-10-16%20SDNY%20Rules%20for%20the%20Division%20of%20Business%20-%20CORRECTED%202023-10-19.pdf, contains the requirements for designating a case for assignment to White Plains or Manhattan. Plaintiff should consult Rule 18 and explain in a letter to the Court what part of this action arises from New York and what part of this action arises from New York City. Plaintiff's letter should be submitted to the Court by **September 23, 2024**.

  SO ORDERED.

Dated: September 17, 2024
    New York, New York

                  ARUN SUBRAMANIAN
                 United States District Judge