UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jenny Fritts,<br><br>                          Plaintiff,<br><br>-against-<br><br>Loudon Opco LLC dba River Grove Health and Rehabilitation,<br><br>                          Defendant. | 24-cv-6951 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

Plaintiff filed this Fair Labor Standards Act lawsuit on September 13, 2024. ECF No. 1. Rule 18(a)(3) of the Rules for the Division of Business Among District Judges for the Southern District of New York states that a civil case "shall be designated for assignment to White Plains" if "the claim arose in whole or in major part in the Northern Counties [Dutchess, Orange, Putnam, Rockland, Sullivan, and Westchester] and at least one of the parties resides in the Northern Counties."

Here, defendant is headquartered in Rockland County, and the complaint states that "a substantial part of the events giving rise to all claims occurred in this District." ECF No. 1 at ¶¶ 15, 19, and 21. The Court requested that plaintiff provide more information on what part of this case arises from Manhattan or Bronx Counties, ECF No. 6, and plaintiff's letter in response (ECF No. 8) did not indicate that any part of the claim arose in Manhattan or Bronx counties.

Because part of the events giving rise to the claims in this case appears to have occurred in a Northern County and defendant is headquartered in a Northern County, the Clerk of Court is respectfully directed to reassign this case to the White Plains courthouse.

SO ORDERED.

Dated: September 25, 2024
       New York, New York

                                                        ARUN SUBRAMANIAN
                                                        United States District Judge