UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
Jenny Fritts, individually and on behalf of others similarly situated,

                          Plaintiff,

-against-

Loudon Opco LLC dba River Grove Health and Rehabilitation
                          Defendant.
-------------------------------------------------------------------X

24-CV-06951 (AS)

**ORDER OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel of record for Plaintiff and Defendant that any and all claims asserted by Plaintiff in the above-entitled action are hereby discontinued and dismissed, with prejudice, as against Defendant, without costs or attorneys' fees to any party as against another, except as specified in the parties' settlement agreement.

Dated: March 18, 2025
        New York, NY

_____
Melinda Arbuckle
Wage and Hour Firm
5050 Quorum Drive, Suite 700
Dallas, TX 75284

*Attorneys for Plaintiff*

SO ORDERED:

Dated: March 12, 2025

_____
Stuart Weinberger
Weinberger & Weinberger, LLP
630 Third Avenue, 18th Floor
New York, NY 10017

*Attorneys for Defendant*

SO ORDERED.

3/28/25

_____
CATHY SEIBEL, U.S.D.J.

The Clerk shall close the case.

9